COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| PAUL JOHNSON, | § | No. 08-20-00234-CV |
| Appellant, | § | Appeal from the |
| v. | § | 21st District Court |
| BASTROP CENTRAL APPRAISAL DISTRICT, | § | of Bastrop County, Texas |
|  | § | (TC# 1560-21) |
| Appellee. | § | |

## **O R D E R**

The Court has considered Appellant's Motion for Rehearing and concludes that the motion should be DENIED.

IT IS SO ORDERED THIS 13TH DAY OF OCTOBER, 2022.


YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.